1 | **CRAIG LABADIE, City Attorney**
California Bar No. 101681
2 | **MARK S. COON, Deputy City Attorney**
California Bar No. 128122
3 | 1950 Parkside Drive, MS/08
Concord, CA 94519
4 | (925) 671-3160
(925) 671-3469 (fax)

Attorneys for Defendants City of Concord,
Steve Syputa (erroneously named as Steve Syputo),
Ron Ace, Cody Harrison, Tony Hunley, Shawn Spencer,
and Kristina Champagne

**FILED**

OCT - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RICHARD ANDREW TARANTINO, JR.,
Sui Juris,

    Plaintiff,

vs.

CITY OF CONCORD, STEVE SYPUTO, RON ACE, CODY HARRISON, TONY HUNLEY, SHAWN SPENCER, KRISTINA CHAMPAGNE, et al., and Unknown DOE #1,

    Defendants.

Case No. C03-3450 (MHP)

[~~PROPOSED~~] REVISED SCHEDULING ORDER RE MOTION FOR SUMMARY JUDGMENT

Good cause appearing, the court hereby orders the following revised briefing and hearing schedule as respects the prospective motions for summary judgment of the respective defendants:

Last Date to File Summary Judgment Motion(s) -- November 28, 2005;

Last Date to File Opposition to Summary Judgment Motion(s) -- December 19, 2005;

Last Date to File Reply Brief(s) -- January 9, 2006

Hearing Date/Time -- January 23, 2006, 2:00 p.m.

//
//
//

10/4/05  IT IS SO ORDERED

[handwritten signature]

[PROPOSED REVISED SCHEDULING ORDER RE: MOTION FOR SUMMARY JUDGMENT]