DONALD E. CHADWICK, ESQ.
California Bar No. 052275
Law Offices of Donald E. Chadwick
8946 White Oak Avenue
Northridge, CA  91325
(818) 701-9935

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ANDREW TARANTINO, JR., ~~Sui Juris~~, <br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, STEVE SYPUTO, RON ACE, CODY HARRISON, TONY HUNLEY, SHAWN SPENCER, KRISTINA CHAMPAGNE, et al., and Unknown DOE #1,<br><br>Defendants. | Case No. C03-3450 (MHP)<br><br>~~[PROPOSED]~~ JUDGMENT AGAINST DEFENDANT CITY OF CONCORD |

Pursuant to the November 23, 2005 Offer of Judgment under Rule 68 made by defendant City of Concord, and plaintiff's acceptance of that Offer, judgment is hereby entered in favor of plaintiff and against the City of Concord in the amount of $25,000, plus attorney fees and costs incurred to the date of the Offer in the amount of $15,931.76.

Date: February 15, 2006

GRANTED
[signature]
Judge Marilyn H. Patel

United States District Clerk  Patel

---

[PROPOSED] JUDGMENT AGAINST DEFENDANT CITY OF CONCORD

Proof of Service -Mailing List

<u>Richard Andrew Tarantino, Jr. vs. City of Concord, Inc. et al.,</u>

U. S. D. C. Case No.: 03-3450 (MHP) )

I am a resident of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 8946 White Oak Avenue, Northridge, California 91325; that on the date this declaration is dated, I served the within;

**[Proposed] Judgment against Defendant City of Concord**

by depositing a true copy thereof in a sealed envelope with postage thereon in the United States Mail at Northridge, California addressed to the attorneys of record for the parties herein at the office address of said attorney(s) or to the party without attorney as follows:

Graig LaBadie, City Attorney
Mark S. Coon, Assistant City Attorney
1950 Parkside Drive, MS/08
Concord, Ca 94519

Jeffrey L. Fillerup, Esq.
Bill Merchant, Esq.
Luce, Forward, et al.,
Rincon Center II
121 Spear Street, Suite 200
San Francisco, Ca 94105

Harvey W. Stein, Esq.
Law Office of Harvey W. Stein
499 14th Street, Suite 210
Oakland Ca 94612

that there is a delivery service by United States Mail at the place so addressed or regular communication by United States Mail between the place of mailing and the place so addressed. I declare under penalty of perjury that the foregoing is true and correct.

Dated on February 11, 2006, at Northridge, California.

DONALD E. CHADWICK

3060a