UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 10 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD ANDREW TARANTINO, Jr., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STEVEN SYPUTA; RON ACE; CODY HARRISON; TONY HUNLEY; SHAWN SPENCER; KRISTINA CHAMPAGNE; SHERRY R. RUBIO, dba: Contra Costa Tow; dba: Save Tow Towing Company; MARIA BATTERTON dba: Bay Point Tow Service; BRYRICH CORPORATION, dba: B&D Towing; dba: Road One of Concord California; CITY OF CONCORD; MICHAEL RHODES; BAY POINT TOW; SAVE TOW TOWING COMPANY, <br><br> Defendants - Appellees. | No.   06-16178 <br> D.C. No.  CV-03-03450-MHP <br> Northern District of California, <br> San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered 3/20/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk