UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 06 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD ANDREW TARANTINO, Jr.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STEVEN SYPUTA; RON ACE; CODY HARRISON; TONY HUNLEY; SHAWN SPENCER; KRISTINA CHAMPAGNE; SHERRY R. RUBIO, dba: Contra Costa Tow; dba: Save Tow Towing Company; MARIA BATTERTON dba: Bay Point Tow Service; BRYRICH CORPORATION, dba: B&D Towing; dba: Road One of Concord California; CITY OF CONCORD; MICHAEL RHODES; BAY POINT TOW; SAVE TOW TOWING COMPANY,<br><br>Defendants - Appellees. | No. 06-16178<br>D.C. No. CV-03-03450-MHP<br>Northern District of California, San Francisco<br><br>**AMENDED MANDATE** |

The judgment of this Court, entered 3/20/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk